# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| ROSE L. COGBURN ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-cv-00117-SEB-DML |
| ) | |
| v. ) | |
| ) | |
| CREDIT PROTECTION ASSOCIATION, LP ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## WITH LEAVE TO REINSTATE

Plaintiff, Rose L. Cogburn, by counsel, having filed with this Court an Agreed Stipulation of Dismissal Without Prejudice with Leave to Reinstate and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action be and the same is hereby dismissed, without prejudice, with leave to reinstate, before November 15, 2018. On November 16, 2018, the dismissal will be entered with prejudice, with the Parties bearing their own costs and attorneys' fees.

Dated: 10/4/2018

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution to counsel of record via CM/ECF**